Wiallim B. Erickson D.c.
2606 Broadway
Rockford IL 61108